### *United States District Court for the Northern District of Illinois*

Case Number: _____          Assigned/Issued  By: _____

Judge Name: _____          Designated Magistrate Judge: _____

---

### FEE INFORMATION

**Amount Due:**
- ☐ $350.00   ☐ $39.00   ☐ $5.00
- ☐ IFP   ☐ No Fee   ☐ Other _____
- ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

- ☐ Summons
- ☐ Third Party Summons
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____
      (Type of Writ)

- ☐ Alias Summons
- ☐ Lis Pendens
- ☐ Abstract of Judgment

_____
_____
(Victim, Against and $ Amount)

_____Original and _____ copies on _____ as to _____
                                   (Date)

_____

_____