AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTSMEN LOCAL 56, ET AL.

      Plaintiffs,

V.

A-TECH STUCCO EIFS CO.,
AN ILLINOIS CORPORATION

      Defendants.

**SUMMONS IN A CIVIL CASE**

**08CV0206**
**JUDGE HIBBLER**
**MAG. JUDGE COLE**

TO: (Name and address of Defendant)
A-Tech Stucco Eifs Co.
C/o its registered agent, Michael T. Nigro
1793 Bloomington Road
Glendale Heights, IL 60139

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    DONALD D. SCHWARTZ
    ARNOLD AND KADJAN
    19 WEST JACKSON BLVD., SUITE 300
    CHICAGO, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_

(By) DEPUTY CLERK

JAN - 9 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1-15-08 @ 12:05pm |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Served A-Tech Strucw Eng Co c/o Reg Agent Michael Nigro at law office 1793 Bloomingdale Rd Glendale Heights IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.    c/o legal assistant Pessy Walter
Name of person with whom the summons and complaint were left:    (w/i 45 glasses)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-15-08
                  Date            Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 200
PARK RIDGE IL 60068
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.