# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 206 | **DATE** | 3/6/2008 |
| **CASE TITLE** | TRUSTEES OF THE BRICKLAYERS, etc. vs. A-TECH STACCO | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiffs' oral motion for default is granted. Prove-up hearing set for 5/6/08 at 9:30 a.m. Prove-up documents to be submitted to the Court by 5/1/08. Plaintiff's attorney to submit proposed order compelling defendant to submit to an audit to the Court for entry.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | JHC |
|---|---|---|