# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 206 | **DATE** | 3/18/2008 |
| **CASE TITLE** | TRUSTEES OF THE BRICKLAYERS, etc. vs. A-TECH STUCCO EIFS CO. | | |

**DOCKET ENTRY TEXT**

Enter Order requiring defendant to turn over their books and records for audit consistent with this order by 4/18/08.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|