TRUSTEES OF THE BRICK LAYERS 56, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

A-TECH STUCCO EIFS CO

v.

Case # 08 C 206

## AFFIDAVIT OF SPECIAL PROCESS SERVER

SCOTT POCIUS, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within ORDER

   on the within named A-TECH STUCCO EIFS CO C/O ITS REGISTERED AGENT MICHAEL T. NIGRO

   by personally serving a copy to ~~the individual~~ PEGGY WALTER (LEGAL ASSISTANT ON MARCH 27, 2008

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   sex F  race W  approximate age 45  other GLASSES CURLY BLONDE HAIR

That the place where and the date and time when the above document was served upon the person were as follows:

place LAW OFFICE - 1793 BLOOMINGTON ROAD, GLENDALE HEIGHTS, 60139

date 3/27/08    time 3:30 PM

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_Scott Pocius_
Special Process Server