IN THE NORTHERN DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 cv 206 |
| v. | ) ) | Judge Hibbler |
| A-TECH STUCCO EIFS CO., an Illinois corporation, | ) ) ) ) | Magistrate Judge Cole |
| Defendant. | ) | |

### APPLICATION FOR ORDER OF JUDGMENT IN SUM CERTAIN

Plaintiffs, by one of their attorneys, SHANE LUEDKE and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter Judgment in favor of Plaintiffs and against Defendant, A-Tech Stucco and EIFS Co.

In support thereof, Plaintiffs state:

1. This case was filed on January 9, 2008.

2. Defendant was served with a Summons and Complaint by special process server on January 15, 2008 as shown on the return of service previously filed

3. An order of default was entered against Defendant on March 18, 2008.

4. Per the affidavit of Olga Kane, Defendant defaulted on the Installment Note the total due is $143,981.69. (Exhibit 1)

6. Per the affidavit of Donald Schwartz, attorney for Plaintiffs, $1,607.00 in legal fees have been incurred in this suit. (Exhibit 2)

WHEREFORE, Plaintiffs pray for:

1. Judgment against Defendants in the amount of $145,588.69.

                                           Respectfully submitted,

                                           Arnold & Kadjan

                                           By: s/ Shane Luedke
                                                  Shane Luedke

                                           Attorney for Plaintiffs, Bricklayers and Allied Craftsman Local 56 Fringe Benefit Fund

19 West Jackson Boulevard
Chicago, Illinois  60604
Telephone: (312) 236-0415
E-mail: scluedkeanj@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on the \_\_11th\_\_ day of April 2008, a copy of the foregoing Application for Judgment in Sum Certain was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, First class, postage prepaid.

A-Tech Stucco and EIFS
c/o its president, John Bagjas
29 W 160 Calumet Ave.
Warrenville, IL 60555

s/Shane Luedke

Shane Luedke