IN THE NORTHERN DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 cv 206 |
| v. | ) ) | Judge Hibbler |
| A-TECH STUCCO EIFS CO., an Illinois corporation, | ) ) ) ) | Magistrate Judge Cole |
| Defendant. | ) | |

## AFFIDAVIT

I Olga Kane, being first duly sworn on oath, depose and state as follows:

1. I am employed at the law firm of Arnold and Kadjan

2. One of my duties is to monitor all contractors paying delinquent fringe benefits on Installment programs.

3. This process includes receiving and accounting for all note payments thereon and computing a running tally of remaining balances for each contractor.

4. John Bagjas individually and as president of Defendant, A-Tech Stucco and EIFS Co., signed a installment note for past due fringe benefits contributions owed by Defendant to Plaintiffs on December 17, 2007.

5. A copy of the ledger for the Installment Note that A-Tech Stucco and EIFS Co. has been making payments pursuant to is attached hereto as Exhibit "3".

6. As of today, we have not received payments due March 15, 2007. As such, the Defendant is currently in default, the Installment Note has been accelerated and the remaining Installment Note amount is now due in full.


EXHIBIT 1

7. The amount still due according to the ledger balance is $143,981.69.

8. Affiant is currently not suffering from any infirmities and is competent to testify to the facts set forth herein.

AFFIANT FURTHER SAYETH NAUGHT.

*/s/ Olga Kane*
Olga Kane

SUBSCRIBED AND SWORN TO before me this 10th day of April 2008

*/s/ Carol Collins*
Notary Public

OFFICIAL SEAL
CAROL COLLINS
Notary Public - State of Illinois
My Commission Expires Jul 20, 2011