IN THE NORTHERN DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 cv 206 |
| v. | ) ) | Judge Hibbler |
| A-TECH STUCCO EIFS CO., an Illinois corporation, | ) ) ) ) | Magistrate Judge Cole |
| Defendant. | ) | |

### AFFIDAVIT

Donald D. Schwartz, upon being first duly sworn, on oath deposes and states:

1. Affiant is partner in the Law Firm Arnold & Kadjan handling this case.

2. Our firm has spent 5 hours in litigation in this matter

3. Our normal rate is $185.00-$250.00 per hour.

4. Our firm charged the Bricklayers and Allied Craftsman Local 56 Fringe Benefit Fund $1,185.00 in this matter.

5. Our firm charged $350.00 for court filing fee and $72.00 process fee.

6. Affiant is not currently suffering from any infirmities and is competent to testify to all the foregoing.

FURTHER AFFIANT SAYETH NOT.

_____
Donald D. Schwartz

SUBSCRIBED AND SWORN to
Before me this 9th day of April 2008.

_____
NOTARY PUBLIC

Official Seal
John J Toomey
Notary Public State of Illinois
My Commission Expires 04/10/2009


EXHIBIT 2