A-Tech Stucco and EIFS      5082-69         Bricklayers 56
29w160 Calumet Avenue
Warrenville, IL 60555                        DDS
630-779-5528
John Bagjas

Owe: Principal $180,424.23   Interest $12,100.00   Total Due $192,524.23

$192,524.23

| DUE DATE | AMT. DUE | DATE REC. | AMT REC'D | CHECK # | BALANCE |
|---|---|---|---|---|---|
| 12/20/07 | $18,000.00 | 12/20/07 | 18,000.00 | to the fund | $174,524.23 |
| 1/15/08 | $24,524.54 | 1/15/08 | 25,542.54 | to the fund | 148,981.69 |
| 2/15/08 | $5,000.00 | 2/18/08 | 5,000.00 | to the fund | 143,981.69 |
| 3/15/08 | $5,000.00 | | | | 143,981.69 |
| 4/15/08 | $5,000.00 | | | | 143,981.69 |
| 5/15/08 | $5,000.00 | | | | 143,981.69 |
| 6/15/08 | $5,000.00 | | | | 143,981.69 |
| 7/15/08 | $5,000.00 | | | | 143,981.69 |
| 8/15/08 | $5,000.00 | | | | 143,981.69 |
| 9/15/08 | $5,000.00 | | | | 143,981.69 |
| 10/15/08 | $5,000.00 | | | | 143,981.69 |
| 11/15/08 | $5,000.00 | | | | 143,981.69 |
| 12/15/08 | $5,000.00 | | | | 143,981.69 |
| 1/15/09 | $5,000.00 | | | | 143,981.69 |
| 2/15/09 | $5,000.00 | | | | 143,981.69 |
| 3/15/09 | $5,000.00 | | | | 143,981.69 |
| 4/15/09 | $5,000.00 | | | | 143,981.69 |
| 5/15/09 | $5,000.00 | | | | 143,981.69 |
| 6/15/09 | $5,000.00 | | | | 143,981.69 |
| 7/15/09 | $5,000.00 | | | | 143,981.69 |
| 8/15/09 | $5,000.00 | | | | 143,981.69 |
| 9/15/09 | $5,000.00 | | | | 143,981.69 |
| 10/15/09 | $5,000.00 | | | | 143,981.69 |
| 11/15/09 | $5,000.00 | | | | 143,981.69 |
| 12/15/09 | $5,000.00 | | | | 143,981.69 |
| 1/15/10 | $5,000.00 | | | | 143,981.69 |

EXHIBIT 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/15/10 | $5,000.00 | | | | | 143,981.69 |
| 3/15/10 | $5,000.00 | | | | | 143,981.69 |
| 4/15/10 | $5,000.00 | | | | | 143,981.69 |
| 5/15/10 | $5,000.00 | | | | | 143,981.69 |
| 6/15/10 | $5,000.00 | | | | | 143,981.69 |
| 7/15/10 | $5,000.00 | | | | | 143,981.69 |