**IN THE NORTHERN DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 cv 206 |
| v. | ) ) | Judge Hibbler |
| A-TECH STUCCO EIFS CO., an Illinois corporation, | ) ) ) | Magistrate Judge Cole |
| Defendant. | ) ) | |

## ORDER

Defendant, A-Tech Stucco and EIFS Co. having failed to plead or otherwise defend in this action, and default having been entered, NOW, upon application of the Plaintiff and upon affidavit that Defendant is indebted to the Plaintiff in the sum of $145,588.69, that Defendant is not an infant or incompetent person and not in the military service of the United States, it is hereby ORDERED, ADJUDGED AND DECREED, that Plaintiff recover of Defendant the sum of $145,588.69 plus costs of this action.

_____
JUDGE

Dated: