IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 cv 206 |
| v. | ) ) | Judge Hibbler |
| A-TECH STUCCO EIFS CO., an Illinois corporation, | ) ) ) ) | Magistrate Judge Cole |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:** A-Tech Stucco Eifs Co.
c/o its Registered Agent, Michael T. Nigro
1793 Bloomington Road
Glendale Heights, IL 60139

**PLEASE TAKE NOTICE** that on **April 22, 2008 at 9:30 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before the **Honorable Judge Hibbler**, in the Courtroom **1225** usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Application For Order Of Judgment in Sum Certain.

                                          **TRUSTEES OF BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND**

                                          By: s/ Shane Luedke
                                              Attorney for Plaintiffs

Donald D. Schwartz
Shane Luedke
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
(312) 236-0415

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Application for Order of Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 11th day of April 2008, at or before the hour of 5:00 p.m.

A-Tech Stucco Eifs Co.
C/o its registered agent, Michael T. Nigro
1793 Bloomington Road
Glendale Heights, IL 60139

s/Shane Luedke
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: April 11, 2008