Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 206 | **DATE** | 4/22/2008 |
| **CASE TITLE** | TRUSTEES OF THE BRICKLAYERS, etc. vs. A-TECH STUCCO EIFS CO. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' application for order of judgment in sum certain is granted. Enter Order of default judgment in favor of plaintiffs and against defendant in the amount of $145,588.69. All pending dates and motions are terminated as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:41

| | Courtroom Deputy Initials: | JHC |
|---|---|---|