

# IN THE NORTHERN DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

TRUSTEES OF THE BRICKLAYERS )
AND ALLIED CRAFTSMEN LOCAL 56 )
FRINGE BENEFIT FUND, )
)
        Plaintiffs, )    Case No. 08 cv 206
)
    v. )    Judge Hibbler
)
A-TECH STUCCO EIFS CO., )    Magistrate Judge Cole
an Illinois corporation, )
)
        Defendant. )

## ORDER

Defendant, A-Tech Stucco and EIFS Co. having failed to plead or otherwise defend in

this action, and default having been entered, NOW, upon application of the Plaintiff and upon

affidavit that Defendant is indebted to the Plaintiff in the sum of $145,588.69, that Defendant is

not an infant or incompetent person and not in the military service of the United States, it is

hereby ORDERED, ADJUDGED AND DECREED, that Plaintiff recover of Defendant the sum

of $145,588.69 plus costs of this action.

_Wm. J. Hibbler_
JUDGE

Dated:   4/22/08