IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL 56 PENSION AND WELFARE FUNDS | ) ) ) | No. 08 C 206 |
| Plaintiffs, | ) ) | Judge Hibbler |
| v. | ) ) | Magistrate Judge Cole |
| A-TECH STUCCO EIFS, CO., An Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Allen Harris, law clerk for the offices of Arnold and Kadjan, located at 19 West Jackson Blvd., Suite 300, Chicago, IL 60604, hereby states as follows:

1. That I served the within     ***Citation to Discover Assets***

   on the within named     Guagliardo Drywall Company, Inc.
   c/o its registered agent, Ira S. Neiman
   111 East Wacker Drive, Ste. 2800
   Chicago, IL 60601

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   Sex _Male_ Race _White_ Approx. Age _40/45_ Other _____

   That the place where and the date and time when the above document was served upon the person were as follows:

   Place _111 E Wacker Dr Suite 2800_

   Date _5/1/08_     Time _1:55 pm_

   Under the penalties provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as a foresaid that he verily believes the same to be true.

   _____
   Special Process Server