UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE
BRICKLAYERS LOCAL 56

v.

A-TECH STUCCO EIFS CO     Case # 08 C 206

## AFFIDAVIT OF SPECIAL PROCESS SERVER

_Brian Riebel_, an investigator with The Argus Agency, Inc., a licensed Illinois detective agency (license # 117-000215) located at 1480 Renaissance Drive, Ste. 208, Park Ridge, IL 60068, hereby states as follows:

1. That he served the within Citation to Discover Assets on the within named
   National City Bank
   c/o Estela Cefali
   on 4/28/08

2. a) That the sex, race and approximate age of the person with whom he left the Citation to Discover Assets are as follows:
   sex _F_ race _Hisp_ approximate age _45_ other _black hair_

   b) That the place where and the date and time of the day when the Citation to Discover Assets left with the person were as follows:
   place: _National City Bank 77 S. Broadway Aurora IL_
   date: _4/28/08_     time of day: _4:50pm_

3. Subsequently, a citation notice was sent via U.S. Mail to:
   A-Tech Stucco and EIFS
   29 W 160 Calumet Ave
   Warrenville IL 60555        on 8/29/08

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Special Process Server