UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE
BRICKLAYERS LOCAL 56

v.

A-TECH STUCCO EIFS CO

Case # 08 C 206

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Brian Riebel, an investigator with The Argus Agency, Inc., a licensed Illinois detective agency (license # 117-000215) located at 1480 Renaissance Drive, Ste. 208, Park Ridge, IL 60068, hereby states as follows:

1. That he served the within Citation to Discover Assets on the within named

   Charter Construction Company
   c/o Link Smith, Res Agent
   on 4/28/08

2. a) That the sex, race and approximate age of the person with whom he left the Citation to Discover Assets are as follows:
   sex _M_ race _W_ approximate age _55-60_ other _gray hair_

   b) That the place where and the date and time of the day when the Citation to Discover Assets left with the person were as follows:
   place: Charter Construction: 3550 Salt Creek Lane Ste 110, Arlington Heights
   date: 4/28/08        time of day: 3:30 PM

3. Subsequently, a citation notice was sent via U.S. Mail to:

   A-Tech Stucco and EIFS
   29 W 160 Calumet Ave
   Warrenville IL 60555       on 8/29/08

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Special Process Server