IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS<br>AND ALLIED CRAFTSMEN LOCAL 56<br>FRINGE BENEFIT FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>A-TECH STUCCO EIFS CO.,<br>an Illinois corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08 C 206<br><br>Judge Hibbler<br><br>Magistrate Judge Cole |

**MOTION FOR RULE TO SHOW CAUSE
FOR FAILURE TO ABIDE BY COURT ORDER**

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, and ARNOLD AND KADJAN, move this Court to enter a Rule To Show Cause against A-TECH STUCCO EIFS CO. In support of this Motion, the Plaintiffs state as follows:

1. On May 1, 2008, John Bagjas was personally served with a Citation to Discover Assets requiring his appearance for the Citation on May 22, 2008.

2. John Bagjas failed to appear for his Citation.

WHEREFORE, Plaintiffs pray that this court enter an Order as follows:

A. A Rule to Show Cause is entered against John Bagjas who is commanded to appear before this Court to show cause, if any he has, for failing to appear for his Citation on May 22, 2008.

        Respectfully submitted,

        TRUSTEES OF THE BRICKLAYERS
        AND ALLIED CRAFTSMEN LOCAL 56
        FRINGE BENEFIT FUND

s/ Donald D. Schwartz<br>
One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd.
Chicago, IL 60601
(312) 236-0415