IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 206 |
| v. | ) ) | Judge Hibbler |
| A-TECH STUCCO EIFS CO., an Illinois corporation, | ) ) ) | Magistrate Judge Cole |
| Defendant. | ) | |

## ORDER

**THIS MATTER** coming on to be heard on Plaintiff's Motion for Rule to Show Cause.

**IT IS HEREBY ORDERED THAT**:

1. A Rule to Show Cause is hereby entered and made returnable on _____, 2008 for John Bagjas for his failure to appear for the Citation on May 22, 2008.

2. John Bagjas is ordered to appear in court _____, 2008 at 9:30 a.m. Room 1225 and show cause, if any as to his failure to appear for his Citation on May 22, 2008.

Dated:_____

Enter: _____
**HONORABLE JUDGE HIBBLER**