IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS<br>AND ALLIED CRAFTSMEN LOCAL 56<br>FRINGE BENEFIT FUND, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | Case No. 08 C 206 |
| v. | )<br>) | Judge Hibbler |
| A-TECH STUCCO EIFS CO.,<br>an Illinois corporation, | )<br>)<br>)<br>) | Magistrate Judge Cole |
| Defendant. | ) | |

NOTICE OF MOTION

**TO:** John Bagjas
29W160 Calumet Avenue
Warrenville, IL 60555

**PLEASE TAKE NOTICE** that on **June 17, 2008**, at **9:30 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Hibbler, Room 1225** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Rule to Show Cause.

                                                  TRUSTEES OF THE BRICKLAYERS
                                                AND ALLIED CRAFTSMEN LOCAL 56
                                                FRINGE BENEFIT FUND

                                                s/ Donald D. Schwartz
                                                One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Rule to Show Cause with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 10th day of June 2008, at or before the hour of 5:00 p.m.

John Bagjas
29W160 Calumet Avenue
Warrenville, IL 60555

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)