**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS<br>AND ALLIED CRAFTSMEN LOCAL 56<br>FRINGE BENEFIT FUND, | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) | Case No. 08 C 206 |
| | ) | |
| v. | ) | Judge Hibbler |
| | ) | |
| A-TECH STUCCO EIFS CO.,<br>an Illinois corporation, | ) <br> ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

**MOTION FOR TURNOVER ORDER**

Plaintiffs, pursuant to the provisions of Rules 69(a) of the Federal Rules of Civil Procedure, and 735 ILCS, Section 2-1402(c)(3) move this Court to enter a Turnover Order against the Defendant, A-TECH STUCCO EIFS CO.. In support of their Motion, Plaintiffs state as follows:

1.      This Court entered judgment for Plaintiff and against Defendant on April 22, 2008 in the amount of $145,588.69, for the TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND.

2.      Plaintiffs issued a citation on Guagliardo Drywall Co., Inc. on April 29, 2008.

3.      In response to the citation, Guagliardo Drywall Co., Inc. stated to counsel for Plaintiffs on May 22, 2008 that Guagliardo Drywall Co., Inc. is currently holding $4,660.83 owed to Plaintiff. (Exhibit A)

4.      Pursuant to Rule 69(a), proceedings supplementary to a judgment shall follow the practice and procedure of the State.

5.      Pursuant to 735 ILCS Section 2-1402(c)(3), turnover may be sought from the person cited upon its Answer.

6.      Plaintiffs seek an Order requiring Guagliardo Drywall Co., Inc. to turn over to

Plaintiffs the value of the amount, which is owed to the defendant, $4,660.83.

**WHEREFORE**, Plaintiffs, pursuant to the provisions of Rules 69(a) of the Federal Rules

of Civil Procedure, and 735 ILCS, Section 2-1402(c)(3), move this Court to enter a Turnover

Order against Guagliardo Drywall Co., Inc. in the amount of $4,660.83 in partial satisfaction of

the outstanding judgment and satisfaction of the citation.

> TRUSTEES OF THE BRICKLAYERS AND
> ALLIED CRAFTSMEN LOCAL 56 FRINGE
> BENEFIT FUND
>
>
> s/ Donald D. Schwartz
> One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL  60604
(312) 236-0415