

# Shefsky & Froelich
Attorneys at Law

111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601

Tel 312.527.4000  Fax 312.527.2015
www.shefskylaw.com

**Roger J. Kiley**

Direct: (312) 836-4150
Facsimile: (312)275-7589
E-mail: rkiley@shefskylaw.com

028052-1

May 21, 2008

Donald D. Schwartz
Arnold and Kadjan
19 W. Jackson Boulevard
Chicago, IL 60604-3958
(312) 341-04348

Re:  *Third Party Citation to Guagliardo Drywall Co., Inc.*
     *Bricklayers Local 56 Pension & Welfare Funds v. A-Tech Stucco EIFS Co., 08 C 206*

Dear Mr. Schwartz:

Thank you for speaking with me yesterday regarding the citation served on Guagliardo Drywall. I am going to be receiving documentation regarding a contract between Guagliardo and A-Tech for which there is $4,660.83 left due and owing to A-Tech. I will be sending you a formal answer to the citation within the next few days. I appreciate you continuing the citation until we can adequately respond.

Very truly yours,

SHEFSKY & FROELICH LTD.

Roger J. Kiley

1084681_1

EXHIBIT A



Print - Close Window

**Subject:** May 21, 2008 Letter Re Citation
**Date:** Wed, 21 May 2008 17:00:39 -0500
**From:** "Kiley, Roger" <RKiley@Shefskylaw.com>
**To:** dds3662@yahoo.com

<<May 21, 2008 Letter Re Citation.pdf>>
Don:

Hopefully you received the faxed version earlier, but attached is an electronic copy of a letter indicating our intent to respond formally, and the amount that is due and owing to A-Tech. If you have any questions or comments, please feel free to call.

Sincerely,

Roger Kiley
This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. Thank you.

Circular 230 Notice: Pursuant to regulations governing practice before the Internal Revenue Service, unless expressly stated otherwise, any tax advice contained herein or in any attachment hereto cannot be used, and is not intended to be used, by a taxpayer for (i) the purpose of avoiding tax penalties that may be imposed on the taxpayer under the Internal Revenue Code or (ii) the promotion or marketing of any tax-related matter or program.

**Attachments**

Files:
📎 **May_21__2008_Letter_Re_Citation.pdf** (21k)



111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601

Tel 312.527.4000  Fax 312.527.2015
www.shefskylaw.com

**Roger J. Kiley**

Direct: (312) 836-4150
Facsimile: (312)275-7589
E-mail: rkiley@shefskylaw.com

028052-3

May 22, 2008

Donald D. Schwartz
Arnold and Kadjan
19 W. Jackson Boulevard
Chicago, IL 60604-3958
(312) 341-04348

*Re:  Third Party Citation to Guagliardo Drywall Co., Inc.
Bricklayers Local 56 Pension & Welfare Funds v. A-Tech Stucco EIFS Co., 08 C 206*

Dear Mr. Schwartz:

Attached is a history report of vouchers submitted and payments made on two contracts between Guagliardo Drywall Co. and A-Tech Stucco EIFS, Co. As you can see, one of the contracts is fully paid. There is $20,132.76 left unpaid on the second contract, although vouchers have been submitted. This is because Guagliardo has incurred costs amounting to $15,471.93 as a result of A-Tech's performance on its obligations. If you would like, receipts for the costs incurred by Guagliardo as a result of A-Tech, and an explanation for each, can be submitted.

Thus, there is currently $4,660.83 due and owing to A-Tech on its contracts with Guagliardo Drywall Co. If further documentation is needed in response to your citation, please let us know.

Very truly yours,

SHEFSKY & FROELICH LTD.

Roger J. Kiley

1084891_1

| | | | | | Page 1 |
|---|---|---|---|---|---|
| Sorted by Vendor/Job/Phase | | **GUAGLIARDO DRYWALL COMPANY** | | | |
| AcctMY: First - Last | | **AP History Report** | | | 04/28/2008 03:09 PM |
| Invoice # | Date | Description | Reference ID 2 | Cost Type | Amount |

**Vendor ID 285 A-TECH STUCCO & EIFS CO**
  **Job ID 437 PARK VIEW WEST CONDOS**
    **Phase ID 9007 E.I.F.S.**

| Invoice # | Date | Description | Cost Type | Amount |
|---|---|---|---|---|
| 286 | 01/21/2008 | EIFS SUBCONTRACTOR | Subcontract | 10,000.00 |
| 286 | 02/29/2008 | AP CHECK # 23092 | Subcontract | -7,500.00 |
| 292 | 02/29/2008 | eifs subcontractor | Subcontract | 24,070.00 |
| 292 | 04/03/2008 | AP CHECK # 23238 | Subcontract | -10,227.24 |
| 293 | 03/28/2008 | EIFS SUBCONTRACT- | Subcontract | 3,790.00 |
| | | Phase Total Invoiced | | 37,860.00 |
| | | Phase Total Paid | | -17,727.24 |
| | | Phase Net Due | | 20,132.76 |

*(handwritten: — backcharge $15,471.93  Balance due of $4,600.83)*

  **Job ID 438 AVENUE EAST**
    **Phase ID 9007 E.I.F.S.**

| Invoice # | Date | Description | Cost Type | Amount |
|---|---|---|---|---|
| 232 | 09/30/2007 | EIFS SUBCONTRACTOR | Subcontract | 8,769.70 |
| 232 | 10/04/2007 | AP CHECK # 22534 | Subcontract | 0.00 |
| 232 | 12/13/2007 | AP CHECK # 22757 | Subcontract | -8,769.70 |
| 233 | 05/30/2007 | EIFS SUBCONTRACTOR | Subcontract | 24,250.00 |
| 233 | 07/18/2007 | AP CHECK # 22201 | Subcontract | -24,250.00 |
| 239 | 07/07/2007 | EIFS SUBCONTRACTOR | Subcontract | 51,387.00 |
| 239 | 08/23/2007 | AP CHECK # 22348 | Subcontract | -25,694.00 |
| 239 | 09/24/2007 | AP CHECK # 22483 | Subcontract | -25,693.00 |
| 243 | 09/02/2007 | EIFS SUBCONTRACTOR | Subcontract | 25,213.00 |
| 243 | 10/04/2007 | AP CHECK # 22534 | Subcontract | 0.00 |
| 243 | 10/04/2007 | AP CHECK # 22535 | Subcontract | -25,213.00 |
| 260 | 10/03/2007 | EIFS SUBCONTRACTOR | Subcontract | 3,350.00 |
| 260 | 10/04/2007 | AP CHECK # 22534 | Subcontract | 0.00 |
| 260 | 12/13/2007 | AP CHECK # 22757 | Subcontract | -3,350.00 |
| | | Phase Total Invoiced | | 112,969.70 |
| | | Phase Total Paid | | -112,969.70 |
| | | Phase Net Due | | 0.00 |
| | | Report Total Invoiced | | 150,829.70 |
| | | Report Total Paid | | -130,696.94 |
| | | Report Total Net Due | | 20,132.76 |