IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 206 |
| v. | ) ) | Judge Hibbler |
| A-TECH STUCCO EIFS CO., an Illinois corporation, | ) ) ) ) | Magistrate Judge Cole |
| Defendant. | ) ) | |

## NOTICE OF MOTION

**TO:**   A-Tech Stucco & Eifs Co.            Roger J. Kiley
        29W160 Calumet Avenue            Shefsky & Froelich
        Warrenville, IL 60555            111 E. Wacker Dr., Suite 2800
                                         Chicago, IL 60601

**PLEASE TAKE NOTICE** that on **June 17, 2008**, at **9:30 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Hibbler, Room 1225** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Turnover Order.

                                TRUSTEES OF THE BRICKLAYERS AND
                                ALLIED CRAFTSMEN LOCAL 56 FRINGE
                                BENEFIT FUND


                                s/ Donald D. Schwartz
                                One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Turnover with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 10th day of June 2008, at or before the hour of 5:00 p.m.

| | |
|---|---|
| A-Tech Stucco & Eifs Co.<br>29W160 Calumet Avenue<br>Warrenville, IL 60555 | Roger J. Kiley<br>Shefsky & Froelich<br>111 E. Wacker Dr., Suite 2800<br>Chicago, IL 60601 |

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: June 10, 2008