# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 206 | **DATE** | 6/17/2008 |
| **CASE TITLE** | TRUSTEES OF THE BRICKLAYERS FUND vs. A-TECH STUCCO EIFS CO. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for rule to show cause is granted. Enter Order to show cause, if any, why John Bagjas should not be held for contempt of court for failure to appear for the Citation on 5/22/08. The rule is returnable 7/8/08 at 9:30 a.m. in courtroom 1225.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | JHC |
|---|---|---|