IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, </br></br>    Plaintiffs, </br></br> v. </br></br> A-TECH STUCCO EIFS CO., an Illinois corporation, </br></br>    Defendant. | ) </br> ) </br> ) </br> ) </br> )  Case No. 08 C 206 </br> ) </br> )  Judge Hibbler </br> ) </br> )  Magistrate Judge Cole </br> ) </br> ) |

### ORDER

**THIS MATTER** coming on to be heard on Plaintiff's Motion for Rule to Show Cause.

**IT IS HEREBY ORDERED THAT**:

1. A Rule to Show Cause is hereby entered and made returnable on _July 8_, 2008 for John Bagjas for his failure to appear for the Citation on May 22, 2008.

2. John Bagjas is ordered to appear in court _July 8_, 2008 at 9:30 a.m. Room 1225 and show cause, if any as to his failure to appear for his Citation on May 22, 2008.

Dated: 6/17/08

Enter: *Wm. J. Hibbler*
HONORABLE JUDGE HIBBLER