

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 206 | **DATE** | 6/17/2008 |
| **CASE TITLE** | TRUSTEES OF THE BRICKLAYERS FUND vs. A-TECH STUCCO EIFS CO. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for turnover order is granted. Enter Turnover Order in favor of plaintiff and against Guagliardo Drywall Co., Inc. in the amount of $4,660.83.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUN 17 PM 3:33
FILED-FIX