IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 08 C 206 |
| v. ) ) | Judge Hibbler |
| A-TECH STUCCO EIFS CO., an Illinois corporation, ) ) ) ) | Magistrate Judge Cole |
| Defendant. ) | |

### ORDER

This matter coming to be heard on Plaintiffs' Request for Turnover Order and for entry of a Turnover Order:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Request for Turnover Order against Guagliardo Drywall Co., Inc. is granted.

2. Guagliardo Drywall Co. is ordered to turnover to Plaintiffs the sum of $4,660.83 in satisfaction of the Citation.

3. This is a final and appealable Order.

DATED: 6/17/08

ENTER: _____
HONORABLE JUDGE HIBBLER

Donald D. Schwartz
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415