UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Trustees of the Bricklayers and Allied Craftsmen
Local 56 Fringe Benefit Fund

Plaintiff,

v.

Case No.: 1:08−cv−00206
Honorable William J. Hibbler

A−Tech Stucco EIFS Co.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

 MINUTE entry before the Honorable William J. Hibbler: Show cause hearing held on 7/22/2008. Respondent John Bajais appears for post trial proceedings. Order rule to show cause withdrawn in open court. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.