UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE
BRICKLAYERS 56, et al.
       v.
A-TECH STUCCO EIFS CO.

Case # 08 C 206

## AFFIDAVIT OF SPECIAL PROCESS SERVER

SCOTT POCIUS, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within TURNOVER ORDER

   on the within named JOHN BAGJAS

   by personally serving a copy to the individual on JULY 1, 2008

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   sex M   race W   approximate age 45   other 400 pounds BROWN FULL BEARD

   That the place where and the date and time when the above document was served upon the person were as follows:

   place PERSONAL RESIDENCE - 29 W 160 CALUMET AVE, WARRENVILLE, IL

   date JULY 1, 2008   time 9:30 PM

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_Scott Pocius_
Special Process Server